UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-cr-358-RC |
| | : | |
| TRAVIS BARTOW, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S
MOTION TO MODIFY CONDITIONS OF PROBATION**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court deny the defendant's motion to modify the conditions of his probation. In the letter attached to his motion, the defendant's business partner states that the defendant's work crew tends to stay at hotels for an indeterminate amount of time "until the project is complete." ECF No. 66-1. Modifying the defendant's probation to allow for this flexibility would essentially vacate the home detention condition and undermine the Court's balancing of the factors under 18 U.S.C. § 3553. Therefore, the Court should deny this motion.

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY
    D.C. Bar Number 481052

By:    */s/ Andrew Haag*
    ANDREW S. HAAG
    Assistant United States Attorney
    MA Bar No. 705425
    601 D Street, N.W.
    Washington, DC 20530
    (202) 252-7755
    Andrew.Haag@usdoj.gov